# PD-0202-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

No._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN , TEXAS

| | | |
|---|---|---|
| WILLIAMS MICHEAL DAVID | § | FROM APPEALS No.07-14-00128-CR |
| VS. | § | TRIAL CAUSE No.D34 , 123 CR |
| THE STATE OF TEXAS | § | NAVERRO , COUNTY |

FILED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, MICHEAL DAVID WILLIAMS, PETITIONER, and files this motion for an Extension of ninety (90) days in which to file a Petition For Discretionary Review in support of this Motion, Appellant shows the Court the following;

### I.

The Petitioner was convicted in the 13th District Court of Naverro County, Texas, of the offense of continuous Sexual Assault of a Child in case No. D 34, 123 CR styled State of Texas VS. Micheal David Williams. The Petitioner Appealed to the Court of Appeals, Seventh District. The case was Affirmed on January 29, 2015.

### II.

The present deadline for filing the Petition For Discretionary Review, February 28, 2015. The Petitioner has not request any Extension prior to this request.

### III.

Petitioner's request for an Extension is based upon the following

facts; Petitioner was not notified of the decision of the Court Of Appeals in affirming his case until February 12, 2015. The Petitioner has been attempting to gain legal representation in this matter. His Attorney on the Appeal, Damara Watking, has informed Petitioner that she will not represent him on the Petition For Discretionary Review. In order for Petitioner to do a Petition For Discretionary Review PRO SE if not able to obtain legal representation the extension of time is necessary to prepare an adiquate Petition For Discretionary Review.

**WHEREFORE,** Petitioner Prays this Court Grant this Motion and Extend the deadline for filing the Petition For Discretionary Review in case no. 07-14-00128-CR. to **MAY 12th, 2015**

PETITIONER PRO SE
MICHEAL DAVID WILLIAMS
T.D.C.J.- CID #1913738
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS. 79107-9606

## CERTIFICATION OF SERVICE

I, certify that a true and correct copy of the above and forgoig

first Motion for Extension of time to file a Petition for

Discretionary Review, has been forward by U.S. Mail, Prepaid,

First class, to the State Prosecutor, P.O. Box 13046, Austin,

Texas. 78711.

On this day February 13, 2015.

_Micb David Willi_
PETITIONER PRO SE

MICHEAL DAVID WILLIIAMS

## INMATE   DECLARATION

I, Micheal David Williams, T.D.C.J-CID # 1913738, being presen-

tly incarcerated in the Bill Clements Unit of the State Depart --

ment of Criminal Justice in Potter County, Texas, verify and

declare under penalty of perjury that the forgoing statement

are and correct.

Executed on this day February 13, 2015.

_Micb David Will_
MICHEAL DAVID WILLIAMS
T.D.C.J-CID#1913738